UNITED STATES DISTRICT COURT

FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES | : | CASE NO. 99-58-2 |
| V | : | |
| WILLIAM BRYAN HENRY | : | |



**MOTION FOR SENTENCE MODIFICATION**

Defendant, William Bryan Henry, hereby moves the court for an Order reducing the sentence imposed upon him.

Defendant William Bryan Henry prays to the Honorable Court to run the Federal imposed sentence concurrently with the State sentence imposed by the State of Delaware. In support of this Motion, the Defendant sets forth the following:

1. On March 18, 2005, the Superior Court of Delaware imposed a sentence of Twenty years for second degree murder and twenty years for the possession of a firearm which was used in the commission of the crime. Both terms of incarceration were ordered to be served consecutively, leaving the Defendant with a forty year sentence that the Defendant has a small chance of living to complete. (Attachment A)

2. The Defendant is being denied better housing and other privileges that coincide with the Defendant's good behavior because of the Federal Detainer imposed on the Defendant by the United States Bureau of Prisons for the eighteen months sentence imposed by this Honorable Court for one count of conspiracy to pass forged securities.

3. The Defendant is profoundly sorry and apologizes to the Honorable Court.

4.  The Defendant has no case sighting or precedence to present to the Honorable Court. The Defendant is relying on the compassion of this Honorable Court.

WHEREFORE, William Bryan Henry requests that the Court consider a Sentence Modification presented to the Court.

Respectfully submitted,

William Bryan Henry
SBI #225507
Sussex Correctional Institution
MSB-CCU-B Tier
P. O. Box 500
Georgetown, DE 19947