UNITED STATES DISTRICT COURT

FOR THE STATE OF DELAWARE

UNITED STATES            :            CASE NO: 99-58-2

V            :

WILLIAM BRYAN HENRY            :

### ORDER

This _____ day of _____, 2005, the following Motion for Sentence Modification having been heard and considered,

IT IS HEREBY ORDERED that the Motion is GRANTED and the sentence shall be Modified.

_____

_____

_____

_____

_____

J.