REDACTED

**Offender Status Sheet**

Date: 03/29/2005

| SBI #: | 6607 | Name: WILLIAM B HENRY | | | |
|---|---|---|---|---|---|
| Location(s): | HRYCI | Level(s): 5 | Race: WHITE | DOB: /1963 | |
| AKA: | WILLIAM B HENRY | | | | |
| Offender Type: | Sentenced | | Officer(s): | | |

Level: 5

Start Date: 07/16/1999   MRD: 07/14/2039   STRD: 07/14/2039   ADJ: 07/14/2039   PED:    Statutory Days Earned:

| Case | Cnt | Sentence Date | Charge | Status | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9907C11052 | IN99071554 | | MURDER 1ST | Current | 20 | 0 | 0 | 07/16/1999 | 07/15/2019 07/15/2019 07/15/2019 |
| | Richard S Gebelein | 4204K NEW 12/01/2003 | | | | | | | |
| 9907011052 | IN99071555 | | PFDCF | Current | 20 | 0 | 0 | 07/15/2019 | 07/14/2039 07/14/2039 07/14/2039 |
| | Richard S Gebelein | MANDATORY MI 12/01/2000 | | | | | | | |

**Special Conditions:**

| Case | Level | Cond | Condition Description | |
|---|---|---|---|---|
| IN99071554 | 5 | CRT1 | Other Conditions | |
| IN99071554 | 5 | CRT1 | Other Conditions | sentence modified effective 03/18/05 to be imprisoned for 20yrs lvl 5 mand (4204K) caj |
| IN99071555 | 5 | CRT1 | Other Conditions | |
| IN99071555 | 5 | CRT1 | Other Conditions | to be imprisoned for 20yrs lvl 5 mand DO NOT POST CREDITS BELOW 07/14/39. CAJ |