UNITED STATES DISTRICT COURT

FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES | : | CASE NO: 99-58-2 |
| V | : | |
| WILLIAM BRYAN HENRY | : | |

### NOTICE OF MOTION



TO: Beth Moskow-Scholl
United States Deputy Attorney General
Department of Justice
1201 Market Street
Suite 1100
Wilmington, DE 19899

PLEASE TAKE NOTICE that the attached Motion for Sentence Modification will be

Presented to the Honorable _____ on a date convenient to the Court and

Counsel.

WILLIAM BRYAN HENRY

_William Bryan Henry_
William Bryan Henry
SBI #225507
Sussex Correctional Institution
MSB-CCU-B Tier
P. O. Box 500
Georgetown, DE 19947

Dated: September 13, 2005

cc: Judge FARNAN





William B. Henry
SBI # 228507
Sussex Correctional Inst.
SB-CCU - B Tier
P.O. Box 500
Georgetown, DE 19947

The Honorable Judge Farnan
U.S. District Court for the State of Delaware
844 King Street
Lock Box 27
Wilmington, Delaware 19801

19801+3313 12

U.S.M.S. X-RAY