William B. Khnry
SBI # 228507
Smart Correctional Inst.
1158-CCM - B Tier
P.O. Box 500
Georgetown, DE 19947

The Honorable Judge Farnan
U.S. District Court for the State of Delaware
844 King Street
Lock Box 27
Wilmington, Delaware 19801