July 25, 2006

The Honorable Judge Joseph J. Farnan, Jr.
United States District Court – Delaware
Federal Building
944 North King Street
Wilmington, DE 19801-3519

Re:   William Bryan Henry
      Case No: 99-58-2

Dear Honorable Judge Farnan:

I write you with regards to my sentence of 18 months in Case No. 99-58-2 (William Bryan Henry) which was imposed by your Honor.

It has come to my attention that from the date I was sentenced by your Honor, to the date I was sentenced for the state charges, that I am to get credit for that time!? I believe it to be factual that federal time (sentence) is to run up until a state sentence commences. Knowing that, on the federal sentence of 18 months imposed by your Honor, I should have been credited for federal time served, although in a state facility, from May 25, 2000 up until December 1, 2000. This is the time I believe should be credited me on my federal sentence, as I was not serving any state sentence during that time.

Also, if after the review of the record and your Honor does find the credit requested should be given in this case, I direct you to the following two (2) dates:

On September 2, 2002 I had my state sentence overturned and was re-sentenced on March 18, 2005. I know for the first part of this letter, where 7 months should be credited toward my federal sentence – this credit should be absolute in this case and your Honor should please direct that the 7 months be credited. Yet, I feel that from the point my state sentence was "overturned" up until I was re-sentenced on my state charges that this period should be credited toward my federal sentence.

In closing I ask your Honor to order the time spent from May 25, 2000 to December 1, 2000 be credited in "William Bryan Henry, Case No.: 99-58-2".



FILED
AUG 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE





The Honorable Judge Joseph J. Farnan, Jr.
United States District Court – Delaware
Federal Building
944 North King Street
Wilmington, DE 19801-3519

William Bryan Henry
SBI#225507
Sussex Correctional Inst.
Key Building
P.O. Box 500
Georgetown, DE 19947