September 8, 2008

FILED
SEP 11 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
Lockbox #39
844 King Street
Wilmington, DE 19801-3588

Re:   William Bryan Henry
      Case No.:  99-58-2

Dear Honorable Judge Farnan:

Please send me a copy of the "Docket" on my case No. 99-58-2.

Please mail to:

William Bryan Henry
SBI No. 225507
Vaughn Correctional Center
1181 Paddock Road
T-Bunk 33
Smyrna, Delaware 19977

Thank you,

*[signature]*

William Bryan Henry

William Bryan Henry
SBI No. 235507
Vaughn Corr Ctr.
1181 Paddock Road
T-Bund 33
Smyrna, DE 19977

WILMINGTON DE 197
08 SEP 2008 PM 3 T

The Honorable Joseph J. Farnan. Jr.
J. Caleb Boggs Federal Bldg.
Lockbox #39
844 King St.
Wilm- DE 19801-3588